**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR379** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **TYLER SHIELDS,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

     This matter is before the court on the defendant's Unopposed Motion to Continue Trial [66].  Pursuant to the hearing telephone conference on August 11, 2021, the court granted the defendant a final continuance.  For good cause shown,

     **IT IS ORDERED** that the Unopposed Motion to Continue Trial [66] is granted, as follows:

1.  The jury trial, now set for August 16, 2021, is continued to **November 8, 2021.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 8, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

     DATED:  August 11, 2021.

                            **BY THE COURT:**

                            **s/ Michael D. Nelson
United States Magistrate Judge**